**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

COLLIN J. NESBITT, #02485914,

    Plaintiff,

v.

ALICIA DOVEL, et al.,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

Case No. 6:24-cv-323-JDK-KNM

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Collin Nesbitt, a prisoner confined in the East Texas Treatment Facility in Henderson, Texas, proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On January 13, 2025, Judge Mitchell issued a Report (Docket No. 5) recommending that the action be dismissed without prejudice for want of prosecution and failure to obey an order of the court.  A copy of this Report was sent to Plaintiff but returned as undeliverable.  Docket No. 6.  Plaintiff filed no objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.

1

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not file objections.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 5) as the findings of this Court.  It is ordered that the case is **DISMISSED** without prejudice for want of prosecution and failure to obey an order of the court.  All pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **17th** day of  **February, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE